No. A–715 (93–1496). MISSOURI PACIFIC RAILROAD CO., DBA UNION PACIFIC RAILROAD CO. *v.* TINGSTROM. Ct. App. La., 1st

Cir. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.